IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSEPH BURTON MIAL BEY,        )
                               )
            Plaintiff,         )
                               )
     v.                        )      1:25CV49
                               )
EDDIE BUFFALOE,                )
                               )
            Defendant.         )

## ORDER

On February 3, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 4.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited in the Magistrate Judge's Recommendation.

                              /s/   Thomas D. Schroeder
                              United States District Judge

March 5, 2025